## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

FRANCES RENEE
MILLER/PERRY                                                                                       PLAINTIFF
ADC #708998

V.                                    NO: 5:10CV00019 JMM/HDY

LARRY NORRIS *et al.*                                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff is allowed to proceed solely on her claim that she was subjected to cruel and unusual punishment by Defendants Larry Norris, Dexter Payne, John Maples, and James Gibson.

2.      The remainder of Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and the names of all other individuals are removed as party Defendants.

DATED this 10th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE