**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FRANCES RENEE
MILLER/PERRY                                                                                    PLAINTIFF
ADC #708998

V.                                    NO: 5:10CV00019 JMM/HDY

LARRY NORRIS *et al.*                                                                        DEFENDANTS

### ORDER

    Defendants filed a motion for summary judgment on July 1, 2010. On July 12, 2010, Plaintiff filed a motion seeking a 30 day extension of time to file a response to that motion. For good cause shown, Plaintiff's motion (docket entry #51) is GRANTED, and her response to Defendants' motion for summary judgment is due no later than 30 days after the entry of this order. In light of this extension, Defendants' motion to stay discovery pending resolution of the motion for summary judgment (docket entry #45) is GRANTED in all respects, except that Defendants are directed to provide to Plaintiff any discovery related to her exhaustion of her grievances regarding the issues in this case. Thus, Plaintiff's motion for depositions by written questions (docket entry #41) is DENIED. Plaintiff's motion to amend her proposed witness list by adding certain individuals (docket entry #47) is GRANTED.

    IT IS SO ORDERED this   13   day of July, 2010.

                                                                     UNITED STATES MAGISTRATE JUDGE