**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

FRANCES RENEE
MILLER/PERRY                                                                    PLAINTIFF
ADC #708998

V.                                        NO: 5:10CV00019 JMM/HDY

LARRY NORRIS *et al.*                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young, and the objections filed.  After

carefully considering the objections and making a *de novo* review of the record in this case, the

Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and

hereby are, approved and adopted in their entirety as this Court's findings in all respects.


IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for summary judgment (docket entry #42) is GRANTED IN

PART AND DENIED IN PART.

2.      Defendants' motion is DENIED with respect to Plaintiff's claims against Defendant

Dexter Payne.

3.      Defendants' motion is GRANTED with respect to all other Defendants, Plaintiff's

claims against all Defendants other than Dexter Payne are DISMISSED WITHOUT PREJUDICE,

and the names of all individuals except for Dexter Payne are removed as party Defendants.

DATED this 16th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE