### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

FRANCES RENEE
MILLER/PERRY                                                                                          PLAINTIFF
ADC #708998

V.                                          NO: 5:10CV00019 JMM/HDY

LARRY NORRIS *et al.*                                                                            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for summary judgment (docket entry #72) is DENIED.

DATED this 12th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE