IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANCES RENEE
MILLER/PERRY                                                                                    PLAINTIFF
ADC #708998

V.                                      NO: 5:10CV00019 JMM

LARRY NORRIS *et al.*                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE